# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                           Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                          Fax: 718-740-2000
*Employment and Labor Lawyer*                                                       Web: www.abdulhassan.com

**October 7, 2022**

**Via ECF**

Hon. Jennifer L. Rochon, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007
Tel: 212-805-0244

<u>Re: Williams v. Keyless LLC et al</u>
Case No. 22-CV-04440 (JLR)(JW)
**Status Report**

Dear Judge Rochon:

  My firm represents plaintiff in the above-referenced action, and I respectfully write to provide the Court with a status report as per Your Honor's Order. On June 30, 2022, the parties requested a referral to the Court's mediation program which was granted. We were scheduled for mediation on September 14, 2022 but that mediation session was adjourned because the defense had a scheduling conflict. The parties are now scheduled for mediation on November 21, 2022. If the case is settled, we will promptly notify the Court.

  Magistrate-Judge Jennifer Willis has also scheduled an initial conference for October 13, 2022 but the parties may seek an adjournment of that conference.

   We thank the Court in advance for its time and consideration

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**cc:**   Defense Counsel via ECF

1