# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                   Tel: 718-740-1000
Email: abdul@abdulhassan.com                       Fax: 718-740-2000
*Employment and Labor Lawyer*                     Web: www.abdulhassan.com

**October 24, 2022**

**Via ECF**

Hon. Jennifer Willis, USMJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007
Tel: 212-805-0244

<u>Re: Williams v. Keyless LLC et al</u>
Case No. 22-CV-04440 (JLR)(JW)
Motion to Adjourn Conference

Dear Magistrate-Judge Willis:

     My firm represents plaintiff in the above-referenced action, and I respectfully write to request a 30-day adjournment of the October 31, 2022 initial conference, and related deadlines. This request is being made because the parties are currently scheduled for mediation on November 21, 2022 with a mediator from this Court's mediation panel. If the case is settled, we will promptly notify the Court.

     I thank the Court in advance for its time and consideration

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**cc:**     Defense Counsel via ECF

1