UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
WILLIAMS,

        Plaintiff,

        -against-

KEYLESS LLC, et al.,

        Defendants.
----------------------------------------------------------x

22-CV-4440 (PAE) (JW)

**ORDER**

    The parties did not file their Proposed Case Management Plan and Report of Rule 26(f) Meeting as directed by the Court.  See Dkt. No. 17.  The parties must file their Proposed Case Management Plan and Report by **November 29, 2022 at 3:00 p.m**.

    SO ORDERED.

Dated: November 28, 2022
       New York, New York

                                          Jennifer E. Willis, U.S.M.J.