UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
WILLIAMS,

    Plaintiff,

  -against-

KEYLESS LLC, et al.,

    Defendants.
---------------------------------------------------------x

22-CV-4440 (PAE) (JW)

**ORDER**

  The parties' Initial Case Management Conference is adjourned to **December 20, 2022 at 11:00 a.m.**  Counsel is directed to call the court's telephone conference line at the scheduled time.  **Please dial (888) 363-4734, Access Code: 9711213.**  The parties' Proposed Case Management Plan and Report of Rule 26(f) Meeting is due **December 16, 2022**.

  SO ORDERED.

Dated: November 29, 2022
   New York, New York

                _____
                Jennifer E. Willis, U.S.M.J.