# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                      Tel: 718-740-1000
Email: abdul@abdulhassan.com                          Fax: 718-740-2000
*Employment and Labor Lawyer*                      Web: www.abdulhassan.com

June 3, 2024

**Via ECF**

Hon. Jennifer L. Rochon, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

> The request is GRANTED. The parties shall submit their settlement agreement and joint letter by June 10, 2024.
>
> Dated: June 4, 2024
>         New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

            **Re: <u>Williams v. Keyless LLC et al</u>**
                 Case No. 22-CV-04440 (JLR)(JW)
                 **Motion for Extension of Time**

Dear Judge Rochon:

      My firm represents plaintiff in the above-referenced action, and I respectfully write on behalf of the parties to request a brief one-week extension of the June 3, 2024 deadline for Plaintiff to file his motion for settlement approval. This request is being made because some additional time is needed for the parties to finalize their settlement paperwork. One prior request for an extension of this deadline was made and granted.

      I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     Defense Counsel via ECF

1