# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

| | |
|---|---|
| **Abdul K. Hassan, Esq.** | Tel: 718-740-1000 |
| Email: abdul@abdulhassan.com | Fax: 718-740-2000 |
| *Employment and Labor Lawyer* | Web: www.abdulhassan.com |

**July 7, 2024**

**Via ECF**

Hon. Jennifer L. Rochon, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

The request is GRANTED.  The conference on July 9, 2024 will take place remotely via Microsoft Teams. Counsel will receive login credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342

Dated:   July 8, 2024
             New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

<u>**Re: Williams v. Keyless LLC et al**</u>
     **Case No. 22-CV-04440 (JLR)(JW)**
     **Motion to Appear by Telephone**

Dear Judge Rochon:

  My firm represents plaintiff in the above-referenced action, and I respectfully write to request leave to appear by telephone at that the July 9, 2024 Cheeks Hearing. This request is being made because Plaintiff's counsel has another hearing by telephone in the EDNY on the same day as well as workload and household demands. This accommodation would be greatly appreciated.

  I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**   **Defense Counsel via ECF**

1